Submitted on record and briefs April 5, affirmed May 9, 2001

STATE OF OREGON,
*Respondent,*

*v.*

GREGORY LEE DIXON,
*Appellant.*

109609895; A103910

23 P3d 412

Charles L. Lisle filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Affirmed. *State v. Haynes*, 168 Or App 565, 7 P3d 623, *rev den* 331 Or 293 (2000).